

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION



ANDREW W. PETERS,  )
   Plaintiff,  )
  )
  )
V.  )
  ) CAUSE NO. 3:23-cv-1112
  ) (to be supplied by Clerk)
BRIAN ENGLISH et al,  )
   Defendants,  )

**PRISONER COMPLAINT**
**42 U.S.C. 1983**

-FILED-
DEC 26 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

A. PLAINTIFF

1. Andrew W. Peters D.O.C#104855

2. I am held at the Miami Correctional Facility

3. The address is 3038 W. 850 South, Bunker Hill, IN 46914

4. Did the things you are suing about happen in the place listed above? No

    I first noticed when I was at the STOP facility located at 737 Moon Road Plainfield, IN 46168.

5. The things that I am suing about happened while I was incarcerated the last time I was incarcerated in the IDOC serving a sentence and due to lack of access to the law library at that facility I was unable to file and the grievances I filed there were never answered.

B. I am suing 5 Defendants

1. Ms. Moore Case worker at MCA
   Miami Correctional Facility
   3038 West 850 South
   Bunker Hill, IN 46914

2. Grievance Specialist Gapski
   Miami Correctional Facility
   3038 West 850 South
   Bunker Hill, IN 46914

3. Warden English of Miami Correctional Facility
   Miami Correctional Facility
   3038 West 850 South
   Bunker Hill, IN 46914

4. Nathaniel Angle Case worker over MCA
   Miami Correctional Facility
   3038 West 850 South
   Bunker Hill, IN 46914

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about? Yes.

B. If yes, did you file a grievance about the things you are suing about?

When filing a grievance about this issue it was never answered after 10 days allotted by IDOC policy and procedure 00-02-103(X)(B) and 00-02-103(X)(C), after I sent Notice of Tort to each defendant and the Attorney general I received a response to the grievance that seems to be back dated. The grievance was filled out and placed in the facility mailbox on October 12th, 2023, the Notice of Tort was served November 16th, 2023 then a grievance response was received November 27th, 2023 stating that the grievance was not received until November 8th, 2023 at 02:39 p.m. and it was

responded to on November 8th, 2023 at 02:39:35. All of which violates the IDOC grievance policy.

### III. CAUSE OF ACTION WITH SUPPORTING FACT

Upon arrival at MCA (Miami Correctional Facility level 1), on September 27th, 2023, Peters noticed his trust account had been debited to the amount of around $1,253.62. Upon reviewing the offender Cactus app on the GTL tablet Peters noticed that the Cactus app stated that the debt is for "DHB Misc." which would refer to a DHB restitution. I have never been convicted of a conduct code violation that has had any type of restitution attached to it as a sanction. There has been state pay taken from me, and money sent in to me from outside sources that have been taken in an unknown amount since this debt was unduly and illegally placed upon my trust account. I enquired about this debt to his case manager at MCA, Ms. Moore, and was told that she seen where his money was being taken yet the debt was not decreasing. I filed a grievance only to be ignored and receive no response within the ten (10) days allotted by IDOC Policy and Procedure 00-02-103(X)(B) and 00-02-103(X)(C) which exhausted my administrative remedies. I attempted to ask Case Worker Nathaniel Angle to receive no answer either. For the last 2 times I have served imposed sentences I have not received any money for state pay nor any of the funds sent from outside sources, the IDOC does not even leave a percentage that is required by IDOC

policy and Procedure for the use of hygiene. For the last two sentences I have been left without any type of funds whatsoever to buy hygiene nor anything else. I went to Mrs. Moore the Case Manager of MCA and she confirmed that she sees where I am getting money only to have it taken without my debt dissipating any. After I sent Notice of Tort to each defendant and the Attorney general I received a response to the grievance that seems to be back dated. The grievance was filled out and placed in the facility mailbox on October 12th, 2023, the Notice of Tort was served November 16th, 2023 then a grievance response was received November 27th, 2023 stating that the grievance was not received until November 8th, 2023 at 02:39 p.m. and it was responded to on November 8th, 2023 at 02:39:35. I filed several grievances that were never answered but after I file a Notice of Tort the grievance that the Notice of Tort is answered, this is clearly an attempt to divert the filing of this 1983. All of which violates the IDOC grievance policy. On December 13, 2023, Mrs. Moore, the case manager of MCA, came up to me and is now scrutinizing me and to the best of my belief it is due to the filing of the tort claim on her and the other Defendants. She is threatening me with write ups so I lose my time and as a deterrent to following this legal avenue to receive justice.

## IV. PREVIOUS LAWSUITS

I have never sued anyone for the same things I wrote in this complaint.

## V. RELIEF

Have the IDOC produce this 'DHB Misc.' document that has restitution attached to it that is the foundation of the IDOC taking all of my money illegally.

I want my account rightfully cleared to zero then all of the state pays and money that was sent in from friends and family unduly taken returned as a positive balance onto my account of which the balance would be averaged to $3,000.00.

I'm seeking $2,000.00 in pain and suffering and damages from hardships of living with absolutely nothing (not even hygiene) the entire time I was at the Stop facility and MCA.

This total comes to $5,000.00

## VI. JURY DEMAND

Pursuant to Fed. Civil Procedures Rule 38(b), Plaintiff hereby demands a trial by jury of all triable issues in this case.

Andrew W. Peters #104855 *pro se*
MCA M323
Miami Correctional Facility
3038 W. 850 South
Bunker Hill, IN 46914

## VII VERIFICATION AND SIGNATURE

### Initial each Statement and Sign at the Bottom

_AP_ I have included two properly completed summons forms for each defendant I am suing, including full name, job title and work address.

_AP_ I have included one properly completed process receipt and return form (USM-285) for each defendant I am suing.

_AP_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the Court.

_AP_ I have attached a properly completed prison petition to proceed in forma pauperis with a copy of my prison trust fund account statement for the six months proceeding the filing of this case.

_AP_ I agree to promptly notify the clerk of any change in address.

_AP_ I have read all the statement in this complaint.

_AP_ I declare under penalties for perjury that the foregoing is true and correct.

Signed this 19th day of December 2023

Andrew W. Peters 104855 *pro se*
MCA M323
Miami Correctional Facility
3038 W. 850 South
Bunker Hill, IN 46914

## CERTIFICATE OF SERVICE

I, Andrew W. Peters, hereby affirm that on this 4th day of December, 2023, I served a true and correct copy of the above and its accompanying exhibits upon the following:

1. United States District Court
   Northern District of Indiana
   South Bend Division
   204 S. Main Street
   South Bend, IN
   46601

2. Indiana Attorney General
   Todd Rokita
   IGCS, Fifth Floor
   302 W. Washington Street
   Indianapolis, IN 46204-2770

3. Ms. Moore Case worker at MCA
   Miami Correctional Facility
   3038 West 850 South
   Bunker Hill, IN
   46914

4. Grievance Specialist Gapski
   Miami Correctional Facility
   3038 West 850 South
   Bunker Hill, IN
   46914

5. Warden English of Miami Correctional Facility
   Miami Correctional Facility
   3038 West 850 South
   Bunker Hill, IN
   46914

6. Nathaniel Angle Case worker over MCA
   Miami Correctional Facility
   3038 West 850 South
   Bunker Hill, IN
   46914

by placing same in a properly addressed envelope with sufficient first-class postage attached, and depositing said envelope in a mailing container at the Miami Correctional Facility for prompt processing and mailing by authorized prison personnel.

_____
Andrew W. Peters # 104855
Plaintiff