AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANDREW W PETERS
    Plaintiff

v.  Civil Action No. 3:23-cv-1112

MOORE, *Ms. Case worker at MCA*
GAPSKI, *Grievance Specialist*
BRIAN ENGLISH, *Warden of Miami Correctional Facility also known as* English
NATHANIEL ANGLE, *Casej worker over MCA*
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____
recover from the defendant (*name*) _____
the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:    This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Philip P Simon

DATE: 3/18/2024            CHANDA J. BERTA, CLERK OF COURT

                                                 by    /s/ S. Kowalsky
                                                         *Signature of Clerk or Deputy Clerk*